SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
DENNIS COOPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS COOPER,<br><br>            Plaintiff,<br><br>      vs.<br><br>SARINA BERNA SARGENT, TRUSTEE OF THE LEDA TRUST; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 8:23-cv-01421 JWH (DFMx)**<br><br>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

DENNIS COOPER ("Plaintiff") hereby files Plaintiff's response to this Court's November 7, 2023 Order to Show Cause [ECF No. 10] "why this action should not be dismissed for lack of prosecution," due to the lack of service on any and all defendants and respectfully state as follows:

1.    This case was filed on August 04, 2023.  Plaintiff was unable to serve only Defendant SARINA BERNA SARGENT, TRUSTEE OF THE LEDA TRUST ("Defendant").

\\

2. In mid-August of 2023, Plaintiff sent work order forms to attorney service, Turner Attorney Service ("Turner"), for proper, personal service of the summons and complaint package on Defendant. Plaintiff provided an address of the Defendant located in Laguna Niguel, CA for Defendant found through the LexisNexis Advance – Public Record Search.

3. Turner stated that Turner was unable to serve Defendant due to the unavailability of Defendant at the address provided by Plaintiff. The resident at the address stated that Defendant has not lived at the aforementioned address and the resident has no relation to Defendant.

4. Recently, Plaintiff provided Turner with a residential address of Defendant in San Juan Capistrano found through the Comprehensive Person Report under LexisNexis Advance – Comprehensive Persons Search. Turner will attempt to serve Defendant at the new addresses.

5. Plaintiff will continue to work diligently to serve Defendant and file the executed proof of service as to Defendant with the Court.

6. On November 07, 2023, the Court entered the Order to Show Cause.

WHEREFORE, Plaintiff respectfully requests that the Court refrain from dismissing this action and allow Plaintiff to serve Defendant within one (1) month from this date.

Dated: November 13, 2023         SO. CAL. EQUAL ACCESS GROUP


By:   _/s/ Jason J. Kim_____
      Jason J. Kim, Esq.
      Attorneys for Plaintiff